0-7193

Withdrawn
and not
re issued.